

Entered on Docket
June 25, 2009

_____
Hon. Michael S. McManus
United States Bankruptcy Judge

WILDE & ASSOCIATES

Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

America's Servicing Company
08-79172 / 1127096343

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In Re: | BK-N-08-52460-gwz |
|---|---|
| Albert A. Alvarez and Deborah L. Alvarez | Date: May 7, 2009<br>Time: 1:30 p.m.<br>Chapter 13 |
| Debtor(s). | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is vacated effective (60) sixty days from the entry date of this order and extinguished for all purposes as to Secured Creditor America's Servicing Company, its assignees and/or successors in interest, and Secured Creditor may proceed with a

1 | foreclosure of and hold a Trustee's Sale of the subject property, generally described as 592

2 | Penny Way, Sparks NV 89431, and legally described as follows:

3 |
4 |     Lot 19, in Block J, as shown on the Map of VISTA DEL ORO SUBDIVISION UNIT NO. 6A, filed in the Office of the County Recorder of Washoe County, Nevada, on August 15, 1969.

6 | IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured
7 | Creditor shall give Debtors at least two business days' notice of the time, place and date of
8 | sale.

9 | Submitted by:
10 | WILDE & ASSOCIATES

11 |
12 | By _____
    GREGORY L. WILDE, ESQ.
    Attorney for Secured Creditor
13 |     208 South Jones Boulevard
    Las Vegas, Nevada 89107

15 | APPROVED / DISAPPROVED
16 | _____
    Sean P. Patterson
17 | 232 Court Street
    Reno, NV 89501
18 | Attorney for Debtor(s)

19 | Nevada Bar No: 5776

21 | APPROVED / DISAPPROVED
22 | 6-11-09 Per Mary at Trustee, Submit without Trustee's Signature
23 | William Van Meter
    P.O. Box 6630
24 | Reno, NV 89513
    Chapter 7 Trustee